UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WEDDING & EVENT VIDEOGRAPHERS,
ASSN. INTERNATIONAL, INC.,

    Plaintiff,

v.                                    Case No. 8:04-cv-2506-T-23MSS

VIDEOCCASION, INC. *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE comes on for consideration of Plaintiff's Motion for Preliminary Pretrial Conference, Status Conference or Mediation of Discovery Issues (Dkt. 60) and Plaintiff's Motion to Reschedule Hearing Set for Thursday, March 16, 2006 (Dkt. 73) (collectively, the "Motions"). In Plaintiff's Motion for Preliminary Pretrial Conference, Status Conference or Mediation of Discovery Issues (Dkt. 60), Plaintiff's counsel requested that the Court address all outstanding discovery issues in this case. Upon review of that Motion, the Undersigned set a hearing to address all outstanding discovery issues in this case for 10:00 am on Thursday, March 16, 2006, in Courtroom 10A.

Following the scheduling of the March 16, 2006, hearing, Plaintiff's counsel, Ms. Gail Holtzman filed a Notice of Unavailability (Dkt. 72) informing the Court that she would be unavailable during the week of March 13, 2006, but that her partner, Mr. John W. Campbell would be available on March 16, 2006, to appear on Plaintiff's behalf. However, it now appears that due to the possible extension of an out-of-state trial, Mr. Campbell, too may be unavailable to attend the

1

March 16, 2006, hearing. Plaintiff's counsel informs the Court that both she and Mr. Campbell will be available on March 22, 2006, at 10:00 am to attend the hearing. Plaintiff's counsel further informs the Court that Defendants' counsel, Mr. Thomas Steele is also available on that date and has no objection to the hearing being rescheduled.

Therefore, upon consideration of the above, it is **ORDERED** that Plaintiff's Motions (Dkts. 60 and 73) are **GRANTED**. The discovery hearing previously scheduled for March 16, 2006, is now rescheduled for March 22, 2006, at 10:00 am in Courtroom 10A. Counsel for the parties should come prepared to address all of the discovery issues outstanding in this case, as well as Plaintiff's most recent filing, the Motion to Disqualify (Dkt. 72).

**DONE and ORDERED** in Tampa, Florida on this 10th day of March 2006.

MARY S. SCRIVEN
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record