**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**WEDDING & EVENT VIDEOGRAPHERS,**
**ASSOCIATION INTERNATIONAL, INC.,**

   **Plaintiff,**

v.                                                              Case No.: 8:04-cv-2506-T-23MSS

**VIDEOCCASION, INC.,** *et al.*,

   **Defendants.**
_____/

## ORDER

This comes before the Court for consideration of Defendants' Motion to Withdraw Affidavits and Refile them Under Seal (Dkt. 85) (the "Motion to Withdraw") and Plaintiff's response in opposition (Dkt. 87), which the Court construes as a Motion to Strike the Affidavits (the "Motion to Strike").

Defendants filed the affidavits of both named Defendants and their former counsel (collectively the "Affidavits") as part of their response (Dkt. 83) to Plaintiff's Motion for Sanctions (Dkt. 84, originally filed in Case No.:8:05-cv-923, Dkt. 70). Following the filing of Defendants' response to Plaintiff's Motion for Sanctions, counsel for Defendants filed the Motion to Withdraw (Dkt. 85) because he realized that "the detailed explanation for the Defendants' termination of the mediation (before formal declaration of impasse) inadvertently disclosed a substantive settlement demand of the Plaintiff [made] late in the mediation in question" (Dkt. 85 at 2). Defendants' counsel asks this Court to "enter an order (a) withdrawing the

affidavits . . . and (b) directing the clerk of this court to refile those same affidavits under seal" (Dkt. 85 at 2).

Plaintiff's counsel responds that the Affidavits must be stricken from the record because "the disclosure of confidential mediation discussions as set forth in Defendants' affidavits jeopardizes their confidential status and thwarts the Court's attempts to protect the mediation process" (Dkt. 87 at 4).

Upon consideration of the parties arguments, the Court **ORDERS** that Defendants' Motion to Withdraw (Dkt. 85) is **GRANTED** and the Clerk of the Court is directed to file the affidavits attached to Docket 83 under seal and Plaintiff's Motion to Strike (Dkt. 87) is **DENIED**.  The Court will determine the extent to which the Affidavits will be considered as part of its order on Plaintiff's Motion for Sanctions (Dkt. 84).

**DONE and ORDERED** in Tampa, Florida on this 27rd day of April 2006.

MARY S. SCRIVEN
United States Magistrate Judge

Copies to:

Counsel of Record